IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEBRA R. ROLLINS,

    Petitioner,

vs.                                          CASE NO. 4:09cv319/RS-WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation On Motion To Dismiss §2254 Petition (Doc. 13) and Petitioner's Objections (Doc. 16). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.
2. Respondent's Motion To Dismiss (Doc. 8) is **granted** and Petitioner's §2254 Petition is dismissed.
3. The clerk is directed to close the file.

**ORDERED** on July 27, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**